# United States Court of Appeals
## For the First Circuit

No. 06-2029

UNITED STATES OF AMERICA,
Appellee,

v.

JOHN CORREY,
Defendant, Appellant.

No. 06-2156

UNITED STATES OF AMERICA,
Appellee,

v.

RAYMOND NICOLAI-CABASSA, A/K/A RAY,
Defendant, Appellant.

No. 06-2496

UNITED STATES OF AMERICA,
Appellee,

v.

RAMÓN FLORES-PLAZA,
Defendant, Appellant.

No. 06-2497

UNITED STATES OF AMERICA,
Appellee,

v.

ANGEL CASAS,
Defendant, Appellant.

No. 06-2498

UNITED STATES OF AMERICA,
Appellee,

v.

JOSÉ BONILLA-LUGO,
Defendant, Appellant.

_____

No. 06-2589

UNITED STATES OF AMERICA,
Appellee,

v.

ANGEL LUIS PIZARRO-MORALES, A/K/A WEE,
Defendant, Appellant.

_____


**ERRATA SHEET**


The opinion of this Court issued on June 18, 2009 is amended as follows:

On p. 6, line 19:  Insert after 43, ", since that is the maximum offense level provided for in the guidelines."

On page 25, line 22: change "appellants'" to "appellant's"

On page 40, line 11: change "contest" to "contests"

On page 41, line 15: insert a "§" between "U.S.S.G." and "1B1.3"